**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02599-BNB

TORREY V. BANKS,
      Plaintiff,

v.

A. MEDINA (Warden),
C. SOARES (Warden),
R. WAGER (Assistant Warden),
J. MCCALL (Administrative Head),
A. DECESARO (Administrative Head),
J. BROCK (Administrative Head),
LEE H. (Administrative Head),
M. GRIFFITH (Administrative Head),
R. RICHARDSON (3291),
S. FOSTER (3151),
T. MEEKS (1858),
CAPT. KATZENMEYER,
CAPT. QUATTLEBAUM,
CAPT. ARGUELLO,
LT. LAWSON (Disciplinary Hearing Officer),
LT. ANDERSON (Disciplinary Hearing Officer),
LT. WIL (Disciplinary Hearing Officer),
LT. BARR,
LT. JAROS,
LT. YARD,
LT. BROWN (Ad Seg. Hearing Officer),
LT. ORTIZ (Ad Seg. Hearing Officer),
LT. BRANDT (Ad Seg. Hearing Officer),
LT. CHAVEZ (Ad Seg. Hearing Officer),
J. SCOLLARD (Acting Mental Health Supervisor),
S. ENGLAR (Mental Health Counselor),
SGT. BROWN (Mail Room),
SGT. CROSLEY,
C/O MAES,
C/O DUNDES,
C/O ESTRADA,
C/O MALEBRANCHE, and
L. LEWIS (FCF Librarian),
      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

This matter is before the Court on the letter to the Court (ECF No. 16) requesting the status of the second amended complaint and the motion titled "Motion to Show Cause/Status" (ECF No. 17), both of which Plaintiff, Torrey V. Banks, filed on January 23, 2014.  The motion is GRANTED in part and DENIED in part.  To the extent Plaintiff is asking when the Court will rule on his case, the motion is GRANTED.  The Court will rule on Mr. Banks' case in due course.

To the extent Plaintiff's motion for a case status is a request for a free copy of the docket sheet in this action, the request is DENIED.  Plaintiff may obtain copies of the docket sheet and electronic documents filed in this action at a cost of $.50 per page paid in advance.  Plaintiff is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Plaintiff is delaying the progress of this case by his filing of unnecessary letters and motions as to the status of this case.  The Court is aware that Mr. Banks has been transferred to the Sterling Correctional Facility from the notice of change of address (ECF No. 15) he filed on January 3, 2014.  Mr. Banks is directed to cease filing unnecessary papers that only delay the progress of this case.  The Court may not respond to any such papers Mr. Banks files in the future.

Dated:  January 27, 2014